**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lionel Anthony TORO, Jr.,**
**Defendant–Appellant.**

**No. 00–50213.**

**D.C. No. CR–99–02538–MJL.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 9, 2001.*

Decided March 27, 2001.

Before KOZINSKI and TALLMAN, Circuit Judges, and WINMILL, District Judge.**

MEMORANDUM ***

The district court did not abuse its dis-cretion in permitting the government to introduce evidence of Toro's prior drug smuggling conviction, including his own statements admitting his involvement. *See United States v. DeSalvo*, 41 F.3d 505, 509–10 (9th Cir.1994). This evidence was highly probative of Toro's knowledge and intent, and the court properly balanced its probative value against its prejudicial ef-fect. *See United States v. Arambula–Ruiz*, 987 F.2d 599, 602–04 (9th Cir.1993). The court also gave an appropriate limit-ing instruction. *See id.* at 604.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable B. Lynn Winmill, United States Chief District Judge for the District of Idaho, sitting by designation.

*** This disposition is not appropriate for publi-cation and may not be cited to or by the

AFFIRMED.[1]

courts of this circuit except as provided by 9th Cir. R. 36–3.

1. We vacate submission of Toro's *Apprendi* claim in an order filed concurrently with this disposition.

